IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV532-C

| | |
|---|---|
| OLYMPUS MANAGES HEALTH CARE, INC., et. al., | ) ) ) |
| Plaintiffs, v. | ) ) ) |
| AMERICAN HOUSECALL PHYSICIANS, INC., et. al., , | ) ) ) |
| Defendants. | ) ) |
| AMERICAN HOUSECALL PHYSICIANS, INC., | ) ) ) |
| Third-Party Plaintiff, v. | ) ) ) |
| RONALD A. DAVIS, et. al., | ) ) |
| Third-Party Defendants. | ) ) |

**O R D E R**

**THIS MATTER** is before the Court on the Third-Party Defendants' "Motion for Admission Pro Hac Vice of A. Christopher Young and Matthew R. Williams" (document #25) filed January 20, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: January 20, 2009

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge