IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV532-C

| | |
|---|---|
| OLYMPUS MANAGES HEALTH CARE, INC., et. al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>AMERICAN HOUSECALL PHYSICIANS, )<br>INC., et. al., , )<br>)<br>Defendants. )<br>_____)<br>AMERICAN HOUSECALL PHYSICIANS, )<br>INC., )<br>)<br>Third-Party Plaintiff, )<br>v. )<br>)<br>RONALD A. DAVIS, et. al., )<br>)<br>Third-Party Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Third-Party Defendants' "Motion for Admission Pro Hac Vice of A. Christopher Young and Matthew R. Williams" (document #25) filed January 20, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 20, 2009

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge