# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08cv532

| | |
|---|---|
| Olympus Managed Health Care, Inc. & Olympic Healthcare Solutions, Inc., Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| American Housecall Physicians, Inc. & Jonathan McGuire, Defendants, | )<br>)<br>)<br>) |
| and | )<br>) |
| American Housecall Physicians, Inc. f/k/a/ InroomMD, Inc., Third-Party Plaintiff and Counterclaimant, | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| Ronald A. Davis and Steven W. Jacobson, Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**PRETRIAL ORDER AND CASE MANAGEMENT PLAN**

**THIS MATTER** is before the Court sua sponte. The original scheduling Order in this matter (Doc. No. 43) contained one incorrect date, that which set the deadline for the completion of fact discovery. Rather than June 1, 2010, the parties have until September 1, 2010 to complete fact discovery. The collective dates are set forth below for clarity.

|  |  |
|---|---|
| **DEADLINES AT A GLANCE** ||
| **Rule 26 Disclosures:** | June 26, 2010 |
| **Discovery Completion:** | September 1, 2010 (fact) |
|  | December 30, 2010 (expert) |
| **Expert Reports:** | September 15, 2010 (party with burden of proof on an issue) |
|  | November 15, 2010 (rebuttal) |
| **Mediation:** | in the parties' discretion no later than December 30, 2010 |
| **Dispositive Motions:** | January 30, 2011 |
| **Trial:** | May 2, 2011 |

The only date to have changed is the deadline for fact discovery. The Court's prior scheduling Order (Doc. No. 43) remains in effect in all other regards.

**SO ORDERED.**

Signed: March 18, 2010

Robert J. Conrad, Jr.
Chief United States District Judge