## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:08cv532

| | |
|---|---|
| Olympus Managed Health Care, Inc. & Olympic Healthcare Solutions, Inc., Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| American Housecall Physicians, Inc. & Jonathan McGuire, Defendants, | ) ) ) ) |
| and | ) ) |
| American Housecall Physicians, Inc. f/k/a/ InroomMD, Inc., | ) ) ) |
| Third-Party Plaintiff and Counterclaimant, | ) ) ) ) |
| v. | ) ) |
| Ronald A. Davis and Steven W. Jacobson, | ) ) |
| Third-Party Defendants. | ) ) ) ) ) |

**PRETRIAL ORDER AND CASE MANAGEMENT PLAN**

**THIS MATTER** is before the Court sua sponte. The original scheduling Order in this matter (Doc. No. 43) contained one incorrect date, that which set the deadline for the completion of fact discovery. Rather than June 1, 2010, the parties have until September 1, 2010 to complete fact discovery. The collective dates are set forth below for clarity.

```
                       DEADLINES AT A GLANCE

Rule 26 Disclosures:        June 26, 2010
Discovery Completion:       September 1, 2010 (fact)
                            December 30, 2010 (expert)
Expert Reports:             September 15, 2010 (party with burden of
                            proof on an issue)
                            November 15, 2010 (rebuttal)
Mediation:                  in the parties' discretion no later than
                            December 30, 2010
Dispositive Motions:              January 30, 2011
Trial:                      May 2, 2011
```

The only date to have changed is the deadline for fact discovery. The Court's prior scheduling

Order (Doc. No. 43) remains in effect in all other regards.


        **SO ORDERED.**


                                          Signed: March 18, 2010


                                          Robert J. Conrad, Jr.
                                          Chief United States District Judge