UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-532-RJC-DSC

| | |
|---|---|
| **Olympus Managed Health Care, Inc. &** ) | |
| **Olympic Healthcare Solutions, Inc.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **American Housecall Physicians, Inc. &** ) | |
| **Jonathan McGuire,** ) | |
| Defendants, ) | |
| ) | |
| and ) | **ORDER** |
| ) | |
| **American Housecall Physicians, Inc.** ) | |
| **f/k/a/ InroomMD, Inc.,** ) | |
| ) | |
| Third-Party Plaintiff and ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| **Ronald A. Davis and Steven W.** ) | |
| **Jacobson,** ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on the parties' request to delay their pre-trial disclosure deadlines until after this Court rules on the parties' cross motions for summary judgment. See (Doc. No. 43 at 6).

On December 6, 2011, Plaintiffs Olympus Managed Health Care, Inc. and Olympus Healthcare Solutions, Inc., Defendant American Housecall Physicians, Inc., and Third-Party Defendants Ronald Davis and Steven Jacobson all filed motions for summary judgment. (Doc. Nos. 106; 108; 109; 110). The Court granted the parties' joint request for extra time to respond to these

four motions. (Doc. Nos. 113; 114). All motions became ripe for the Court's decision on January 27, 2012. This case is scheduled for trial March 5, 2012.

The Court's Scheduling Order imposes certain duties on the parties' counsel two weeks before trial and filing deadlines one week before trial. (Doc. No. 43 at 6). All such deadlines are now due on the later in time of either seven (7) days after the date the Court enters an Order on the parties' summary judgment motions or upon the date originally required by the Court's Scheduling Order. See (Doc. No. 43 at 6). The Court shall schedule a status conference after ruling on the parties' summary judgment motions.

**IT IS, THEREFORE, ORDERED** that Counsel's pretrial duties and filing deadlines are now due on the later in time of either seven (7) days after the date the Court enters an Order on the parties' summary judgment motions or upon the date originally required by the Court's Scheduling Order. See (Doc. No. 43 at 6).

Signed: February 9, 2012

Robert J. Conrad, Jr.
Chief United States District Judge