UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-532-RJC-DSC

| | |
|---|---|
| **Olympus Managed Health Care, Inc. &** ) | |
| **Olympic Healthcare Solutions, Inc.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **American Housecall Physicians, Inc. &** ) | |
| **Jonathan McGuire,** ) | |
| **Defendants,** ) | |
| ) | |
| and ) | **ORDER** |
| ) | |
| **American Housecall Physicians, Inc.** ) | |
| **f/k/a/ InroomMD, Inc.,** ) | |
| ) | |
| **Third-Party Plaintiff and** ) | |
| **Counterclaimant,** ) | |
| ) | |
| v. ) | |
| ) | |
| **Ronald A. Davis and Steven W.** ) | |
| **Jacobson,** ) | |
| ) | |
| **Third-Party Defendants.** ) | |
| ) | |

**THIS MATTER** comes before the Court following a conference call with the parties. During this call, the Court scheduled trial for Monday, April 30, 2012. Trial by jury shall begin at 9:30 am in Courtroom 2.

The Court's March 11, 2010 Scheduling Order imposes certain duties on the parties' counsel two weeks before trial and filing deadlines one week before trial. (Doc. No. 43 at 6). All such deadlines remain in place, as measured from the April 30 trial date. Additionally, any motions in limine the parties wish to file must be filed no later than April 23, 2012.

The parties have scheduled a March 6, 2012 mediation. The parties shall file a report of the results of this mediation no later than March 13, 2012. The Court shall schedule a final pretrial conference, if necessary, after hearing from the parties as to the results of their mediation.

**IT IS, THEREFORE, ORDERED** that:

1. Trial is scheduled for 9:30 am, Monday, April 30, 2012 in courtroom 2;

2. Counsel's pretrial duties and filing deadlines are due as originally required by the Court's March 11, 2010 Scheduling Order, <u>see</u> (Doc. No. 43 at 6);

2. Any motions in limine the parties wish to file must be filed no later than April 23, 2012; and

3. The parties shall file a report of the results of their March 6 mediation no later than March 13, 2012.

Signed: February 28, 2012

Robert J. Conrad, Jr.
Chief United States District Judge